IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02024-MEH

GREAT LAKES REINSURANCE (UK) SE, f/k/a Great Lakes Reinsurance (UK) PLC,

    Plaintiff,

v.

CEDAR COVE CONDOMINIUM ASSOCIATION, INC.,
COLORADO COMPREHENSIVE MANAGEMENT, LLC,
FALLON REDMOND,
ROCKY MOUNTAIN ADJUSTERS,
CHRISTOPHER WILSON,
WOLFE LAW GROUP, INC., and
EVAN R. WOLFE,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 2, 2015**.

    Plaintiff's Motion for Order re: Substituted Service on Wolfe Law Group, Inc. and Evan R. Wolfe [filed October 30, 2015; docket #8] is **denied without prejudice** for Plaintiff's failure to explain why service was not attempted and/or could not be effected at the Colorado address listed on Exhibit D, which is attached to the motion.