IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02024-MEH

GREAT LAKES REINSURANCE (UK) SE, f/k/a Great Lakes Reinsurance (UK) PLC,

    Plaintiff,

v.

CEDAR COVE CONDOMINIUM ASSOCIATION, INC.,
COLORADO COMPREHENSIVE MANAGEMENT, LLC,
FALLON REDMOND,
ROCKY MOUNTAIN ADJUSTERS,
CHRISTOPHER WILSON,
WOLFE LAW GROUP, INC., and
EVAN R. WOLFE,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Wolfe Defendants) and 41(a)(1)(A)(ii) (remaining Defendants) [filed December 18, 2015; docket #18]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

DATED at Denver, Colorado, this 21st day of December, 2015.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge